# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: JOHNSTON, DAVID A. | § Case No. 09-71843 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/14/2009 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/20/2009    By: /s/JOSEPH D. OLSEN
                                                                Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: JOHNSTON, DAVID A. | § | Case No. 09-71843 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $    5,000.78 |
| *and approved disbursements of* | $    0.00 |
| *leaving a balance on hand of* [1] | $    5,000.78 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 1,250.08 | $ 32.86 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,655.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.7 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | DISCOVER BANK | $ 2,746.26 | $ 652.19 |
| 2 | Recovery Management Systems Corporation | $ 10,108.86 | $ 2,400.69 |
| 3 | Vericrest Financial Inc | $ 2,800.00 | $ 664.96 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                                *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez                Page 1 of 1                  Date Rcvd: Nov 24, 2009
Case: 09-71843                 Form ID: pdf006              Total Noticed: 20
```

The following entities were noticed by first class mail on Nov 26, 2009.
```
db          +David A. Johnston,   410 North Cedar Street,   Apartment 2,   Sandwich, IL 60548-1776
aty         +James G Groat,   Law Office of James G. Groat,   728 E Church St,   Sandwich, IL 60548-1886
tr          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
13870384    +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
13870385    +Campos Chartered Law Firm,   P. O. Box 170,   Syosset, NY 11791-0170
13870386     CanadaDrugs.com,   24 Terracon Place,   Winnipeg, Manitiba, R2J 4G7, Canada
13870387    +Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
13870388    +Cit Group Sales Fin,   715 S. Metropolitan Ave,   Oklahoma City, OK 73108-2090
13870389     Clear Rate Communications,   P. O. Box 27308,   Lansing, MI 48909-7308
13870390    +Consumer Protection Law Center,   P. O. Box 170,   Syosset, NY 11791-0170
13870392    +Gruber and Kostal D.D.S., Ltd,   302 East Countgryside parkway,   Yorkville, IL 60560-1024
13870393    +Miriam Stahl,   410 North Cedar Street,   Apartment 1,   Sandwich, IL 60548-1776
13870394    +NCO Financial Systems,   507 Prudential Road,   Horsham, PA 19044-2368
13870395    +Sandwich Family Practice,   1 East Countyline Road,   Sandwich, IL 60548-2372
14536092    +Vericrest Financial Inc,   POB 24610,   Oklahoma City, OK 73124-0610,   Atn:   Loss Recovery
13870396    +Washington Mutual / Providian,   Attn: Bankruptcy Dept.,   Po Box 10467,
              Greenville, SC 29603-0467
```

The following entities were noticed by electronic transmission on Nov 24, 2009.
```
13990189    +E-mail/PDF: rmscedi@recoverycorp.com Nov 25 2009 04:33:54    Capital Recovery III LLC,
              Recovery Management Systems Corp,   25 S. E. 2nd Ave., Ste 1120,   Miami, FL 33131-1605,
              Attn: Ramesh Singh
14163193     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 25 2009 04:32:12    DISCOVER BANK,
              DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
13870391    +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 25 2009 04:32:12    Discover Financial,
              Attention:   Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
14163307    +E-mail/PDF: rmscedi@recoverycorp.com Nov 25 2009 04:33:54    Recovery Management Systems Corporation,   For Capital Recovery III LLC,
              As Assignee of Washington Mutual,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
                                                                                               TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 26, 2009**               **Signature:** *Joseph Speetjens*